AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

____EASTERN____ DISTRICT OF ____NEW YORK, BROOKLYN____

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 10 2008 ★

BROOKLYN OFFICE

CASTALDI

V.

LAND ROVER NORTH AMERICA, INC.

JUDGMENT IN A CIVIL CASE

Case Number: 06-CV-1008 and 06-CV-6091

✔ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

✔ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

    **Based on the court's decision and the jury's finding in favor of the defendant, judgment is entered for the defendants on all the claims.**

| | |
|---|---|
| July 9, 2008 | ROBERT C. HEINEMANN |
| Date | Clerk |
| | /s/ Gene Lee |
| | (By) Deputy Clerk |